UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP R. PITTMAN, III,

    Plaintiff,

                                          Case No. 12-CV-10257-DT

v.

                                          HONORABLE DENISE PAGE HOOD

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, BANK OF AMERICA, N.A.,
BAC HOME LOAN SERVICING, L.P.,
REPUBLIC BANK and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,

    Defendants.
_____/

## JUDGMENT

This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                                        DAVID J. WEAVER
                                                         CLERK OF COURT

Approved:                                        By:s/LaShawn Saulsberry
                                                          Deputy Clerk

*s/Denise Page Hood*
DENISE PAGE HOOD
United States District Judge

DATED: May 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2012, by electronic and/or ordinary mail.

                                                           S/LaShawn R. Saulsberry
                                                           Case Manager